THE PEOPLE OF THE STATE OF NEW YORK v. PAUL G. KELLY.— Motion to dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PATRICK O'BRIEN.— Motion to dismiss appeal denied, with leave to renew after disposition of the motion for a new trial. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTON PAWASKI.— Motion to dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN ROTHENBERG.— Motion to dismiss appeal granted unless the appellant procure the record on appeal and appellant's points to be filed on or before December 12, 1931, with notice of argument for January 5, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACOB PENN.— Motion to dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GRANITAN HAILE.— Motion to dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DAVID RUDA.— Motion to dismiss appeal granted, unless the appellant procure the record on appeal and appellant's points to be filed on or before the 2d day of December, 1931, with notice of argument for December 17, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MIKE RICE.— Motion to dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EVERETT E. SHERWIN v. ISHIAH SHALOM and Others.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay granted upon appellants' filing the undertaking required by sections 591 and 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DUFFY-MOTT COMPANY, INC., v. CHARLES F. HOLLWEDEL and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the pplication of FRANK ELKIN for an Order Directing HUGH B. MONJAR to Arbitrate a Certain Dispute Pursuant to the Provisions of the Contract.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.